raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

Before: PREGERSON, KOZINSKI and THOMAS, Circuit Judges.

MEMORANDUM **

The stipulated motion to remand to the district court to enter an amended judgment is granted. We vacate the sentence and remand to the district court for the purpose of entering an amended judgment.

**VACATED and REMANDED.**

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Julio ESPINOZA–DEJESUS,
Defendant—Appellant.**

**No. 05–10657.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2007.*

Filed Sept. 13, 2007.

Brian J. Quarles, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Anne R. Traum, Esq., Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**Mario Montiel MARTINEZ;
et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney
General, Respondent.**

**No. 07–71885.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2007 *.

Filed Sept. 17, 2007.

Wayne Spindler, Esq., Tarzana, CA, for Petitioners.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).